IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENITA LOUISE SMITH,<br><br>Defendant. | No. 21 cv 91-NDF<br><br>18 U.S.C. § 1001(a)(2)<br>(False Statement) |

# INDICTMENT

THE GRAND JURY CHARGES THAT:

On or about October 26, 2020, in the District of Wyoming, the Defendant, **BENITA LOUISE SMITH**, did knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the United States, that is, by stating and representing to Federal Bureau of Investigation Special Agent Christine Coble that BIA Officer Derek Wichita had sexually assaulted her after he took her into custody, when the Defendant then and there knew, Officer Derek Wichita had not sexually assaulted her.

In violation of 18 U.S.C. § 1001(a)(2).

A TRUE BILL:

*Ink Signature on File in Clerk's Office*
FOREPERSON

L. ROBERT MURRAY
Acting United States Attorney

## PENALTY SUMMARY

| | |
|---|---|
| **DEFENDANT NAME:** | BENITA LOUISE SMITH |
| **DATE:** | July 20, 2021 |
| **INTERPRETER NEEDED:** | No |
| **VICTIM(S):** | Yes |
| **OFFENSE/PENALTIES:** | **18 U.S.C. § 1001(a)(2)** (False Statement)<br><br>0-8 Years Imprisonment<br>Up To $250,000 Fine<br>3 Years Supervised Release<br>$100 Special Assessment |
| **AGENT:** | SA Kyle Michieli/FBI |
| **AUSA:** | Michael J. Elmore, Assistant United States Attorney |
| **ESTIMATED TIME OF TRIAL:** | 1 to 5 days |
| **WILL THE GOVERNMENT SEEK DETENTION IN THIS CASE:** | Yes |
| **ARE THERE DETAINERS FROM OTHER JURISDICTIONS:** | No |