# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

3:45 pm, 2/15/22

**Margaret Botkins**
**Clerk of Court**

| UNITED STATES OF AMERICA | |
|---|---|
| vs. | |
| BENITA LOUISE SMITH | Case Number: 21-CR-91-1F |
| Defendant. | |

## ARRAIGNMENT/CHANGE OF PLEA MINUTE SHEET

Date 2/15/22     Time 3:08 p.m. - 3:45 p.m.

☐ Arraignment     ☐ Change of Plea     Before the Honorable   Nancy D. Freudenthal

Interpreter: none     Int. Phone: NA

| Abby Logan | Jan Davis | Laura M. Harris | Cline/Kumanovich |
|---|---|---|---|
| Clerk | Court Reporter | Probation Officer | U.S. Marshal |

APPEARANCES  Government: Michael Elmore

Defendant: David Weiss

☑ FPD  ☐ PANEL-CJA  ☐ RETAINED  ☐ WAIVED

☐ Defendant Waives Indictment
☐ Information filed by Government
☐ Superseding Indictment/Information filed by Government

**DEFENDANT ENTERS A PLEA OF**

☐ Not Guilty to Count(s) _____ of an Indictment
☑ Guilty to Count(s) 1 of an Indictment
☐ *Nolo Contendere*

| NOT GUILTY PLEA | GUILTY PLEA |
|---|---|
| ☐ Court accepts *Nolo Contendere* Plea | ☑ Court is satisfied there is factual basis for plea of guilty |
| ☐ Court orders discovery per Rule 16 FRCrP | ☑ Defendant referred to probation for presentence investigation |
| ☐ Court orders access to Grand Jury Transcripts | ☑ Defendant advised on consequences of a plea of guilty |
| ☐ Motions to be filed in _____ days or on/before _____ | ☑ Plea agreement filed |
| | ☑ Sentencing set for May 2, 2022 at 3:00 p.m. |
| ☐ Trial date set for _____ at _____ in _____ | in Cheyenne (Crtrm #1) |
| | ☐ Plea conditionally accepted |
| ☐ Speedy trial expires on _____ | ☐ Count(s) _____ to be dismissed at time of sentencing |
| ☐ Other _____ | |

WY54     Rev. 01/21/2022

BOND IS    ☐ Defendant is detained

☐ Set at _____ ☐ Cash or Surety ☐ Unsecured

☑ Continued on the same terms and conditions

☐ Continued on bond with the following conditions:

☐ Released on bond with the following conditions:

| | |
|---|---|
| ☐ 3rd party custody of _____ | ☐ Seek/Maintain employment |
| ☐ Report to Pretrial Services as directed | ☐ Travel restricted to _____ |
| ☐ Maintain current residence | ☐ Abide by the following curfew _____ |
| ☐ Not use or possess firearms/ammunition/explosives | ☐ Not use or possess controlled substances/drugs |
| ☐ Not use or possess alcohol | ☐ Not use alcohol to excess |
| ☐ Submit to drug/alcohol testing | ☐ Avoid all contact with _____ |
| ☐ Surrender passport to _____ | ☐ Post property or sum of money _____ |
| ☐ Obey all laws. Federal, State and Local | ☐ Do not obtain passport |
| ☐ Undergo Medical/Psychiatric treatment/exam | |
| ☐ Other _____ | |